M. ANGELA FREEMAN
Official Court Reporter
Bastrop County Court at Law
804 Pecan Street
Bastrop, TX  78602
512.581.4040 Phone
512.332.7291 fax
freeman.maryangela@gmail.com

August 19, 2015

Jeff Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, TX  78711-2547

Re:   Case No. 03-15-00391-CV
      VRM Vs. Edward Heard, et al
      Bastrop County, Texas

Dear Mr. Kyle,

This case is currently on appeal, and is due 8/24/15.

Today I spoke with Appellants' counsel's office, The Minerve Law Firm regarding payment for the Reporter's Record.  The law firm is needing to get in touch with the Appellants regarding the fee for this, therefore, I am requesting 30 days in order to secure a deposit and produce the record.

I would respectfully request that I be given an extension of 30 days, or until September 21, 2015.

Please let me know if there is anything else you need.

Thank you for your assistance in this matter.

Sincerely,

M. Angela Freeman